UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00223-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  MERARDO LOYA-CASTILLO, a/k/a Eliseo Castillo-Armendariz, a/k/a Servando Castillo-Miranda,

 Defendant.

## ORDER

 This matter is before the Court upon a review of the file.  Due to the fact that Judge Walker D. Miller left the court and at the request of the parties, it is hereby

 ORDERED that pursuant to the Local Rules of the Court this case shall be reassigned to Chief Judge Wiley Y. Daniel.  It is further

 ORDERED that the case number shall be modified to 09-cr-00233-WYD.

 Dated:  October 28, 2011.

          BY THE COURT:

          s/ Wiley Y. Daniel
          WILEY Y. DANIEL
          CHIEF U. S. DISTRICT JUDGE